UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DAVID F. TAYLOR,<br><br>    Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Civil No. 2:21-CV-00886-RAJ<br><br><s>PROPOSED</s> ORDER AMENDING SCHEDULING ORDER |

Based on Defendant's Motion to Amend the Scheduling Order, and that Plaintiff's Counsel has no opposition, it is hereby ORDERED that the Scheduling Order shall be amended as follows:

- Defendant shall have up to and including February 9, 2022, to file Defendant's responsive brief; and

- Plaintiff shall have up to and including February 23, 2022, to file a reply brief.

DATED this 11th day of January, 2022.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

Page 1     ORDER - [2:21-CV-00886-RAJ]